Decided July 14, 1997

## NEW ENGLAND ROAD, INC. *v.* NERI CONSTRUCTION COMPANY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 45 Conn. App. 901 (AC 16057), is denied.

*Edwin L. Doernberger,* in support of the petition.

*Timothy T. Corey* and *Richard F. Wareing,* in opposition.

Decided July 14, 1997